# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-1206
LT Case No. 2019-CF-054292-A

_____

ANTONIO SINGLETON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Brevard County.
Charles G. Crawford, Judge.

Matthew J. Metz, Public Defender, and Victoria Rose
Cordero, Assistant Public Defender, Daytona Beach, for
Appellant.

Antonio Singleton, Lawtey, pro se.

Ashley Moody, Attorney General, and Kristen L. Davenport,
Assistant Attorney General, Daytona Beach, for Appellee.

June 11, 2024

PER CURIAM.

AFFIRMED.

EDWARDS, C,J., and JAY and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____